# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2498

_____

| | | |
|---|---|---|
| Sheldon Royce Lapour, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Roger McKellips; Dan Limoges, | * | District of South Dakota. |
| | * | |
| Appellees. | * | [UNPUBLISHED] |

_____

Submitted: January 5, 1999

Filed: January 20, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Sheldon Royce Lapour appeals the district court's[1] adverse grant of summary judgment and the denial of his motion to amend his complaint in his diversity action. Based upon our de novo review of the record and consideration of the parties' briefs, we conclude summary judgment for defendants was proper. See First Bank v. Hogge, No. 97-3345, 1998 WL 770632, at *3 (8th Cir. Nov. 6, 1998) (standard of review).

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.

We also conclude the district court did not abuse its discretion in denying Mr. Lapour's motion to amend his complaint.  See Williams v. Little Rock Mun. Water Works, 21 F.3d 218, 224 (8th Cir. 1994) (standard of review).  Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.